FILED - GR
September 26, 2025 1:26 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns   SCANNED BY: /s/ 9-29

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 Inc., | Case No. 1:24-cv-953 |
| Plaintiff-Relator, | HON. PAUL L. MALONEY U.S. District Judge |
| v. | |
| LEUCO TOOL CORPORATION, | **FILED *EX PARTE* AND UNDER SEAL** |
| Defendant. | |

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On or about September 23, 2025, Relator sent a notice of voluntary dismissal of this action via overnight courier to the Court. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the United States consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest.

The United States respectfully requests that, as provided under 31 U.S.C. § 3730(b), the seal be lifted as to Relator's Complaint and as to all other contents of the Court file except those discussed here. Specifically, the United States requests that the Court enter the attached partially-redacted copy of the following pleadings:[1]

---

[1] Because this case is sealed, the United States does not have access to the electronic record to cite the majority of these pleadings in accordance with Administrative Order 16-MS-017.

1. Memorandum in Support of the United States of America's First *Ex Parte* Application for a One-Hundred-and-Eighty-Day Extension of Time to Consider Election to Intervene (November 12, 2024), a partially-redacted copy of which is attached as **Exhibit 1**.

2. Memorandum of Law in Support of the United States of America's *Ex Parte* Application for Partial Lifting of the Seal (December 5, 2024), a partially-redacted copy of which is attached as **Exhibit 2**.

3. Order Granting Partial Lifting of Seal (PageID.47-48), a partially-redacted copy of which is attached as **Exhibit 3**.

4. Memorandum of Law in Support of the United States of America's Second *Ex Parte* Application for a Partial Lifting of the Seal (December 17, 2024), a partially-redacted copy of which is attached as **Exhibit 4**.

5. Memorandum in Support of the United States of America's Second *Ex Parte* Application for an Extension of Time to Consider Election to Intervene (May 13, 2025), a partially-redacted copy of which is attached as **Exhibit 5**.

6. Memorandum in Support of the United States of America's Third *Ex Parte* Application for an Extension of Time to Consider Election to Intervene (June 27, 2025), a partially-redacted copy of which is attached as **Exhibit 6**.

7. Memorandum in Support of the United States of America's Fourth *Ex Parte* Application for an Extension of Time to Consider Election to Intervene (August 20, 2025), a partially-redacted copy of which is attached as **Exhibit 7**.

8. Memorandum in Support of the United States of America's Fifth *Ex Parte* Application for an Extension of Time to Consider Election to Intervene (September 19, 2025), a partially-redacted copy of which is attached as **Exhibit 8**.

In discussing the content and extent of the United States' non-public investigation, including methods and thought processes for assessing Relator's allegations, these pleadings were provided under 31 U.S.C. § 3730(b)(3) to the Court alone for the sole purpose of evaluating whether the seal and time for making an

election to intervene should be extended and whether the seal should be partially lifted. *See id.* § 3730(b)(2)-(3) (providing only for unsealing of the *in camera* complaint).

In addition, the United States respectfully requests that the following documents remain under seal in their entirety, as they disclose the existence of and parties to other *qui tam* actions that may still be under seal:

1. Notice Regarding Administrative Order 24-066 and attachment A (filed November 12, 2024).

2. Administrative Order 24-CA-100 entered by Chief U.S. District Judge Hala Y. Jarbou on November 19, 2024.

3. Administrative Order 25-CA-006 entered by Chief U.S. District Judge Hala Y. Jarbou on January 22, 2025.

A proposed order accompanies this notice.

Dated: September 25, 2025

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

WHITNEY M. SCHNURR
Assistant United States Attorney
U.S. Attorney's Office
Western District of Michigan
P.O. Box 208
Grand Rapids, MI 49503
Tel: (616) 456-2404
E-mail: Whitney.Schnurr@usdoj.gov